UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN FEDERATION OF MUSICIANS
AND EMPLOYERS' PENSION FUND

    and

BOARD OF TRUSTEES OF THE AMERICAN
FEDERATION OF MUSICIANS AND
EMPLOYERS' PENSION FUND,

                                          Civil Action No.   07 CIV 4037(HB)

        Plaintiffs,
  v.

BAROCK ORCHESTRA LLC,

        Defendant.

---

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint in this action has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 29th day of May 2007 on the following:

Secretary of the Treasury
Internal Revenue Service
1111 Constitution Ave, N.W.
Washington, DC 20224
Attn:  Employee Plans

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
Attn:  Assistant Secretary for
      Employee Benefits Security Administration

                                            /s/ Patricia McConnell
                                            Patricia McConnell

86205