UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN FEDERATION OF MUSICIANS )
AND EMPLOYERS' PENSION FUND ) Case No. 07 CIV 4037 (HB)
 )
    and )
 )
BOARD OF TRUSTEES OF THE AMERICAN )
FEDERATION OF MUSICIANS AND )
EMPLOYERS' PENSION FUND, ) **Rule 7.1 Statement**
 )
    Plaintiffs, )
 )
    v. )
 )
BAROCK ORCHESTRA LLC, )
 )
    Defendant. )
------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs American Federation of Musicians and Employers' Pension Fund and Board of Trustees of the American Federation of Musicians and Employers' Pension Fund, private non-governmental parties, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: May 29, 20007

    Meyer, Suozzi, English & Klein, P.C.

    By:   */s/ Patricia McConnell*

    Patricia McConnell (PM 1861)
    1350 Broadway, Suite 501
    New York, New York 10018
    (212) 239-4999
    pmcconnell@msek.com

86207