# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

| 990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NEW YORK 11530-9194<br>516-741-6565<br>FACSIMILE: 516-741-6706<br><br>ONE COMMERCE PLAZA<br>SUITE 1102<br>ALBANY, NEW YORK 12260<br>518-465-5551<br>FACSIMILE: 518-465-2033 | 1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NEW YORK 10018-0026<br>212-239-4999<br>FACSIMILE: 212-239-1311<br>E-MAIL: meyersuozzi@msek.com<br>WEBSITE: http://www.msek.com | 1300 CONNECTICUT AVENUE, N.W.<br>SUITE 600<br>WASHINGTON, DC 20036<br>202-955-6340<br>FACSIMILE: 202-223-0358<br><br>425 BROADHOLLOW ROAD, SUITE 405<br>P.O. BOX 9064<br>MELVILLE, NEW YORK 11747-9064<br>631-249-6565<br>FACSIMILE: 631-777-6906 |

November 30, 2007

PATRICIA McCONNELL
DIRECT DIAL: 212-763-7021
E-MAIL: PMCCONNELL@MSEK.COM

**VIA FACSIMILE**
Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/11/07]

NOV - 0 2007

Re: American Federation of Musicians, et ano. v. Barock Orchestras, Inc.
07 CV 4037 (HB)

Dear Judge Baer:

We represent the Plaintiffs in this ERISA Section 515 action to collect delinquent contributions owed an employee benefit pension fund. The parties jointly request an extension of the deadlines in the Pretrial Scheduling Order, dated July 19, 2007.

The parties agree that this action should be settled. Defendant acknowledges an obligation to the Plaintiffs but disputes the amount of contributions due on behalf of the musicians it employs. Defendant's contributions are based upon the wages paid for each performance. In order to resolve this issue, Defendant has produced to Plaintiffs the employment records for some performances but the remaining records need to be retrieved from a third party. Defendant has been promised these records but, as of the date of this letter, they have not been received.

The amount in dispute is modest and the parties agree that expeditious resolution of this matter will not be advanced if the parties must incur additional attorneys fees in discovery and motion practice. Accordingly, the parties respectfully request that the discovery cutoff be extended from December 31, 2007 to February 29, 2008. If the parties have not concluded a settlement by that date, we request the Court to schedule a settlement conference in lieu of dispositive motions.

Thank you for your consideration.

Respectfully yours,

Patricia McConnell

cc: Alan A. Heller, Esq. (via fax.)

91002

Endorsement:

    Sorry but you have already had close to 6 months at this simple and I gather relatively small (in dollars) audit - I will adjourn and extend the discovery cut-off to February 29, 2008 but no other dates will be extended (see PTSO) and failing settlement arrange a mediation with Chambers for the first or second week of March.