# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
## COUNSELORS AT LAW

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE 518-465-2033

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

HANAN B. KOLKO
DIRECT DIAL: 212-253-7017
E-MAIL: HKOLKO@MSEK.COM

March 14, 2008



**Via Facsimile & First Class Mail (212) 805-7901**
Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: Am. Fed'n of Musicians et al. v. Barock Orchestra, LLC, 07 cv4037 - Mediation

Dear Judge Baer:

This office represents Plaintiff in this matter. Patricia McConnell, who has been handling this matter, recently suffered a severe leg injury. As a result, we write to request a one week extension in the due date for the mediation memorandum and an adjournment of the mediation conference from March 27th until April 4th. Opposing counsel has graciously consented to this request, and asks only that the mediation be scheduled on the 4th so that it ends by no later than 3:00 p.m.

Thank you for your consideration of this request.

Very truly yours,

Hanan B. Kolko

HBK:dmh

cc: Alan A. Heller (via fax)
    Patricia McConnell

93558

agreed and SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 3/17/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08