UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Am. Fed'n Musicians and
Employers Pension Fund

      - against -

Barock Orchestra LLC

-----------------------------------------------------------X

07 Civ. 4037 (HB)

POST-MEDIATION ORDER
OF DISCONTINUANCE

The parties having participated in a mediation before me and having reached a disposition as follows:

1) Δ pays $600/mo starting May 1, 08
   Δ " $800/mo " Jan 1, 09
2) Confession of judgment + other settlement papers to be prepared by π (both D + individual)
3) Current records w/ 15 day pmt plan
4) Ceiling of $5000 owed for any delinq due thru April 1, 08
5) I will keep jurisdiction w/ respect to payment only as to a new plan post 2009 upon a call from either side to set up a conference

It is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. The parties are aware that a failure to perform in accordance with the above disposition may result in the entry of a judgment against the non-performing party.

Dated: New York, New York

I agree:

_____
Plaintiff

_____
Attorneys for Plaintiff

_____
Defendant

_____
Attorneys for Defendant

Harold Baer, Jr., U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08